UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMIEN MARQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  2:13-CV-3087-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Sarah L. Martin represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 8.  After considering the file, and proposed order,

**IT IS ORDERED:**

1.   The parties' Stipulated Motion For Remand, **ECF No. 20**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall:  (1) reevaluate the medical source opinions, including the opinions by the medical experts Ken Layton, Psy.D., and Lloyd Meadow, Ph.D.; (2) reassess Plaintiff's residual

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

functional capacity and provide rationale for the assessed limitations; (3) give further consideration to Plaintiff's subjective complaints; and (4) obtain supplemental vocational expert evidence if the case proceeds to step five of the sequential evaluation process. If Plaintiff is found disabled, the ALJ will further determine whether Plaintiff's cannabis use is a contributing factor material to the determination of disability in accordance with 20 C.F.R. § 416.935 and SSR 13-2p. The ALJ will obtain medical expert testimony to evaluate the nature and severity of Plaintiff's mental impairments and the materiality of the cannabis use.

2. Judgment shall be entered for **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 11, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2