# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMINE MARQUEZ, | |
| Plaintiff, | No.  2:13-CV-03087-JTR |
| v. | |
| CAROLYN W. COLVIN, | JUDGMENT IN A CIVIL CASE |
| Commissioner of Social Security, | |
| Defendant. | |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  April 11, 2014

                                                    SEAN F. McAVOY
                                                    Clerk of Court

                                                    By: *s/Pam Howard*
                                                          Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**